**Order filed May 1, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00213-CV
_____

**AMIR A. CHAMIE, Appellant**

**V.**

**MEMORIAL HERMANN HEALTH SYSTEM D/B/A UNIVERSITY PLACE RETIREMENT HOME, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-32676A**

---

## O R D E R

Appellant's brief was due April 21, 2014**.** No brief or motion for extension of time has been filed. Unless appellant submits a brief to the clerk of this court on or before **June 2, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM